IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MYREON SCOTT,                                         *

            Plaintiff,                           *

v.                                                                     Case No.4:24-cv-164-CDL

                                           *

JEFFERSON CAPITAL SYSTEMS LLC,

                                         *

            Defendant.

                                         *

## J U D G M E N T

Pursuant to this Court's Order dated April 20, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

Defendant shall also recover costs of this action.

     This 21st day of April, 2026.

                                 David W. Bunt, Clerk

                                 s/ Elizabeth S. Long, Deputy Clerk